

RECEIVED

JAN 24 2020

CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  1/24/0

**JOSEPH A. VITA**
**ATTORNEY AT LAW**
327 Irving Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Fax 914-690-2007

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 1/24/20

White Plains, NY

via ECF

January 24, 2020

Hon. Vincent Briccetti
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

re:    USA v. Wendell Jones (Sarah Gillon); 19 Cr. 700 (VB)

Dear Judge Briccetti:

I represent Sarah Gillon in the above matter.  She is presently released on a $50,000 bond with 2 co-signers with special conditions of home detention with EHM.  The next scheduled court appearance date is 6-8-2020.

My client is presently residing with her brother and his family at 102 Reservoir Road, Staatsburg, New York 12580. However because of personal family issues involving her brother, she needs to obtain a new residence.   She has found more suitable housing at 64 Elliot Street, Apt. 3R, Yonkers, New York 10705.  I am requesting that the Court, subject to pretrial approval, authorize her to move to this new location, with the same conditions of pretrial release.   It is anticipated that the apartment will be available during the first or second week of February.  I have spoken to Ms. Gillon's pretrial service officer, Leo Barrios who indicated he consents to the application.  Also, the Government by AUSA Shiva H. Logarajah indicated he has no objection to the request for relocation.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

cc:     All Counsel (by ECF)