**JAMES E. NEUMAN, P.C.**
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com



*Application Granted.*

/s/ Vincent Briccetti
USDJ  9-4-20

September 4, 2020

BY ECF
Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *United States v Sarah Gillon,* 19 Cr. 700 (VB)

Your Honor:

I represent Sarah Gillon in the referenced matter, and am writing to request that she be given permission to travel. When this prosecution commenced, Ms. Gillon was released on a bond, with one of the conditions being home detention. Ms. Gillon would now like to travel to Peekskill to see her family on September 7, 2020, which is her father's birthday. She asks that she be allowed to leave her home at 1 p.m. and return that evening by 9:30 p.m.

Pretrial services consents to this application. Earlier today, I emailed the government about this application, but have not heard back yet. On prior occasions, though, the government consented to similar requests.

Respectfully submitted,

_____/s/_____
James E. Neuman