**JAMES E. NEUM[AN]**
Attorney at Law
100 Lafayette Street – S[uite]
New York, New York

TEL 212-966-56[__]
FAX 646-651-45[__]
www.jamesneuman[.com]

> APPLICATION GRANTED.
>
> SO ORDERED:
>
> /s/ VB
>
> Vincent L. Briccetti, U.S.D.J.
> September 25, 2020

September 25, 2020

BY ECF
Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *United States v Sarah Gillon,* 19 Cr. 700 (VB)

Your Honor:

      I represent Sarah Gillon in the referenced matter, and am writing to request that she be given permission to travel on September 28, 2020. When this prosecution commenced, Ms. Gillon was released on a bond, with one of the conditions being home detention. Ms. Gillon would now like to travel to Peekskill to pick her mother up from the hospital (following a surgery), bring her mother to her home, and cook a few meals for her that week. In order to to accomplish these tasks, Ms. Gillon would need to leave her home at 1 p.m. and return by about 9 p.m.

      Pretrial services consents to this application. Earlier today, I emailed the government about this application, but have not heard back yet. On prior occasions, though, the government consented to similar requests.

Respectfully submitted,

/s/
James E. Neuman