# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com

October 22, 2020

BY ECF
Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**APPLICATION GRANTED
SO ORDERED:**

Vincent L. Briccetti, U.S.D.J.
Dated: 10/22/2020
White Plains, NY

Re: *United States v Sarah Gillon*, 19 Cr. 700 (VB)

Your Honor:

I represent Sarah Gillon in the referenced matter, and am writing to request that she be given permission to travel on October 24, 2020. When this prosecution commenced, Ms. Gillon was released on a bond, with one of the conditions being home detention. Ms. Gillon would now like to travel to Elmsford, NY on the evening of October 24, 2020, to attend a birthday party for her nephew and niece (who are twins).

Pretrial services and the government consent to this application.

Respectfully submitted,

/s/
James E. Neuman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/20