RECEIVED
NOV 05 2020
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: 11/5/20

November 5, 2020

BY ECF
Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *United States v Sarah Gillon,* 19 Cr. 700 (VB)

Your Honor:

I represent Sarah Gillon in the referenced matter, and am writing to request that she be given permission to travel on November 7, 2020. When this prosecution commenced, Ms. Gillon was released on a bond, with one of the conditions being home detention. Ms. Gillon would now like to travel to Peekskill, NY on November 7, 2020, to attend a baby shower for her sister. Taking into account train schedules – and her need to help before and after the event – this would entail Ms. Gillon leaving her home at about 12 pm and returning at about 9 p.m. that evening.

The government consents to this application.

Respectfully submitted,

/s/
James E. Neuman

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 11/5/20
White Plains, NY

In the future counsel shall obtain and report the views of Pretrial Services