# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

———

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com

November 19, 2020

BY ECF
Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

>  APPLICATION GRANTED
>  Ms. Gillon has permission to travel to her sister's home on 11/26/2020.
>  SO ORDERED:
>
>  _____
>  Vincent L. Briccetti, U.S.D.J.  11/19/2020

Re: *United States v Sarah Gillon,* 19 Cr. 700 (VB)

Your Honor:

      I represent Sarah Gillon in the referenced matter, and am writing to request that she be given permission to travel on Thanksgiving, November 26, 2020. When this prosecution commenced, Ms. Gillon was released on a bond, with one of the conditions being home detention. Ms. Gillon would now like to travel to her sister's home in Danbury, Connecticut to be with her family on Thanksgiving. This travel entails Ms. Gillon leaving home around noon and returning at 9 p.m.

      Pretrial services and the government consent to this application.

      Respectfully submitted,

_____/s/_____
James E. Neuman