# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

___

BY ECF
Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

---

**APPLICATION GRANTED**
The conference scheduled for 12/18/2020 is adjourned to **2/19/2021 at 3:00 p.m.** The Court will conduct the conference by telephone (call-in 888-363-4749, passcode 1703567), unless the parties advise the Court that defendant will be entering a guilty plea. In that event, the conference will be in person in the courthouse. If the parties wish to conduct a plea allocution remotely, they shall submit proposed CARES Act findings by no later than 2/5/2021. Time is excluded under the Speedy Trial Act in the interest of justice until 2/19/2021 to allow the parties additional time to discuss a pretrial resolution of this case.
SO ORDERED:

*/s/ Vincent Briccetti*

Vincent L. Briccetti, U.S.D.J.     12/5/2020

---

Re: *United States v Sarah Gillon,* 19 Cr. 700 (VB)

Your Honor:

      As directed by this Court, the parties have conferred regarding the scheduled status conference for Sarah Gillon. We jointly request that the conference, now scheduled for December 18, 2020, be postponed until sometime during the second week of February, 2021, or at any date thereafter that is convenient to this Court.

      Respectfully submitted,

      _____/s/_____
      James E. Neuman