# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013
___

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com

BY ECF
Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> APPLICATION GRANTED
> Ms. Gillon is permitted to travel to see her family on 12/25/2020 between the hours of 1:30 p.m. and 9:00 p.m.  In the future, the pretrial services officer can grant such applications if the parties consent, without the need for court approval.
> SO ORDERED:
>
> _____
> Vincent L. Briccetti, U.S.D.J. 12/16/2020

Re: *United States v Sarah Gillon,* 19 Cr. 700 (VB)

Your Honor:

      I represent Sarah Gillon in the referenced matter, and am writing to request that she be given permission to travel. When this prosecution commenced, Ms. Gillon was released on a bond, with one of the conditions being home detention.  Ms. Gillon would now like to travel to Peekskill to see her family on Christmas, December 25, 2020.  She asks that she be allowed to leave her home at 1:30 p.m. and return that evening by 9 p.m.

      Both the government and pretrial services consent to this application.

      Respectfully submitted,

_____/s/_____
James E. Neuman