UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

SARAH GILLON,
              Defendant.
------------------------------------------------------------x

**ORDER**

19 CR 700-5 (VB)

6/22/21

Sentencing in the above matter is scheduled for <u>July 26, 2021, at 11:30 a.m.</u> The Court expects to conduct this proceeding in person in the Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. The questionnaire is located on the Court's website at:

https://www.nysd.uscourts.gov/sites/default/files/2020-09/SDNY%20COVID%20ENTRY%20QUESTIONNAIRE%20GUIDE%209-2-2020.pdf.

Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: June 22, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge