# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/21

July 8, 2021

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 7/9/21
White Plains, NY

BY ECF
Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *United States v Sarah Gillon*, 19 Cr. 700 (VB)

Your Honor:

I represent Sarah Gillon in the referenced matter, and am writing to request that she be given permission to travel on July 10, 2021. When this prosecution commence, Ms. Gillon was released on a bond, with one of the conditions being home detention. Her sentencing is currently scheduled for July 26, 2021. Ms. Gillon would now like to travel to her mother's house in Peekskill, NY on July 10th so that she can attend a birthday party her family would like to give for her that day. This trip would entail her leaving her home at about noon and returning no later than 9 p.m.

Pretrial services consents to this application. Earlier today, I emailed the government about this application, but have not heard back yet. On prior occasions, though, the government deferred to pretrial and consented to similar requests.

Respectfully submitted,

/s/
James E. Neuman