# JAMES E. NEUMAN

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

———

TEL 212-966-5612
FAX 646-651-4559
james@jamesneuman.com

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 6-21-24

June 21, 2024

APPLICATION GRANTED:
SO ORDERED:

_Vincent V Briccetti_

Vincent L. Briccetti, U.S.D.J.
June 21, 2024

BY ECF
Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *United States v Sarah Gillon, 19 Cr. 700 (VB)*

Your Honor:

I represent Sarah Gillon in the referenced matter. When she was granted bail at the outset of this case, Ms. Gillon was required to surrender his passport. In July, 2021, Ms. Gillon was sentenced to time served. We now request that this Court endorse this letter so that it may serve as an Order to pre-trial services for the return of her passport by the Clerk of the Court.

Thank you for your attention to this matter.

Respectfully submitted.

_____/s/_____
James E. Neuman